IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TRIANGLE RESIDENTIAL DESIGNS,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH DESIGNS, INC., AND HENRY KING CONSTRUCTION, INC.,<br><br>Defendants. | **Civil Action No. _________**<br><br>**COMPLAINT** |

Plaintiff, Triangle Residential Designs, by and through its undersigned counsel, complains of Defendants South Designs, Inc., and Henry King Construction, Inc. as follows:

**INTRODUCTION**

1. Triangle Residential Designs ("TRD") is a family-owned and operated residential design firm which has been doing business in the Raleigh-Durham area for over 38 years. Its services include, but are not limited to, custom home design, stock home plan library, stock plan modifications, home additions and renovations, 3D visualization, and plan engineering.

2. TRD holds valid copyrights in all of its plans. Specifically, TRD's work, titled "Jungin Residence" (the "Jungin Plans") is at issue in this case. The Jungin Plans were designed by TRD's owner and lead designer, David Bennett.

3. The client who commissioned TRD to draw up the Jungin Plans was dissatisfied with TRD's work and ultimately commissioned another design firm, Defendant South Designs, Inc. ("South Designs"), to create plans for her project, which Defendant Henry King Construction, Inc. ("HKC") then used to build. TRD never gave the client or anyone else permission to use or modify the Jungin Plans.

4. Nevertheless, Plaintiff would later come to find out South Designs copied the Jungin Plans and removed Plaintiff's copyright management information from the work to conceal its infringement, and profited off its misdoings. What is more, HKC used the copied plans to build the home, thereby also profiting from its misdoings.

**PARTIES**

5. Plaintiff, Triangle Residential Designs, is a sole proprietorship owned by David Bennett. Its principal office is 405 South Lakeside Drive, Raleigh, North Carolina 27606.

6. South Designs, Inc. is a North Carolina corporation. Its principal office is 736 Wall Road, Wake Forest, North Carolina 27587.

7. Henry King Construction, Inc. is a North Carolina corporation. Its mailing address is PO Box 1737, Wake Forest, North Carolina 27588.

**JURISDICTION AND VENUE**

8. This Court has federal subject matter jurisdiction over this case under 28 U.S.C. § 1331 and 28 U.S.C. § 1338.

9. Venue is proper in this judicial district under 28 U.S.C. § 1391(b). Both Defendants reside in this judicial district, a substantial part of the events or omissions giving rise to the claims alleged in this Complaint occurred in this judicial district, and both Defendants' principal places of business are within this district.

**STATEMENT OF FACTS**

10. In or around April 2023, TRD began discussions with Jayne Jungen regarding the custom design of a home. Ms. Jungen commissioned TRD to draw up architectural plans for a house (the "Jungin Plans"). Henry King, owner of Henry King Construction, Inc., the proposed builder for Ms. Jungen's project, had connected them, and served as a liaison between the parties.

11. Over the course of seven months, TRD produced and reworked multiple preliminary design plans for Ms. Jungen in response to her feedback. TRD's final preliminary design of the Jungin Plans was rendered on or around October 2, 2023.

12. TRD's copyright in the Jungin Plans, titled "Jungin Residence," is registered under U.S. Copyright Registration Number VA 2-432-334. A true and accurate copy of the Jungin Plans and its corresponding copyright registration are attached hereto as Exhibit A.

13. Ms. Jungen was never satisfied with the Jungin Plans; she ultimately chose to terminate her relationship with TRD and refused to pay her bill for TRD's services. TRD never authorized use of the Jungin Plans.

14. In or around early 2024, it was brought to TRD's attention that HKC built Ms. Jungen a house using copies of the Jungin Plans, located at 0 E Cornwall Rd, Cary, North Carolina 27511.

15. TRD obtained a copy of the plans used to build the Cornwall Rd home (the "Cornwall Plans"), created by South Designs, from Mr. King. A true and accurate copy of the Cornwall Plans are attached hereto as Exhibit B.

16. The Cornwall Plans are strikingly similar to the Jungin Plans. In fact, every aspect of the Cornwall Plans is a near identical match to the Jungin Plans. (*Compare* Ex. B *with* Ex. A.)

17. In addition to using Plaintiff's copyrighted Jungin Plans, South Designs removed Plaintiffs' copyright notice from the footer of each page of the detail sheets of the Jungin Plans.

18. South Designs and HKC have profited through their unauthorized use of TRD's copyrighted work.

**COUNT I**
**Copyright Infringement**
**17 U.S.C. § 501**

19. Plaintiff incorporates herein the preceding allegations.

20. Plaintiff owns the copyright entitled "Jungin Residence."

21. This copyright is registered with the United States Copyright Office, bearing the Registration Number VA 2-432-334. A copy of the registration and the accompanying work is attached hereto at Exhibit A.

22. This work is an original and expressive creation of Plaintiff's, incorporating a unique floorplan and selection and arrangement of rooms, windows, doors and closets, as well as massings, dimensions, and arrangement of elements.

23. Defendants copy the original expression of Plaintiff's work, including the labels and dimensions in the margins of the renderings of the exterior wall sections, deck attachments, stair framing, and girder details. (Ex. B.)

24. Defendants had access to Plaintiff's work through Ms. Jungen, and Defendant's copy is nearly identical and a slavish reproduction of Plaintiff's original.

25. Defendants did not have permission to reproduce Plaintiff's work or create derivative works of Plaintiff's work.

26. Defendants' infringement has violated Plaintiff's copyright in the Jungin Residence.

**COUNT II**
**Removal and Alteration of Copyright Management Information**
**17 U.S.C. § 1202**

27. Plaintiff incorporates herein the preceding allegations.

28. Plaintiff's Jungin Residence work contains copyright management information in the footer of each page of the plans. The plans contain three pages with the copyright management information.

29. The copyright management information contains the year of publication of the work, 2022, and the name of the copyright owner of the work, Triangle Residential Designs.

30. Defendant South Designs made a copy of Plaintiff's work including its floorplans and labels and dimensions in the margins.

31. South Designs did not have permission or license to use Plaintiff's floorplans and labels and dimensions in the margins.

32. South Designs removed the copyright management information in the footer of the detail sheets of the plans.

33. South Designs intentionally removed Plaintiff's copyright management information and distributed copies of Plaintiff's copyrighted work, knowing that the copyright management information had been removed. South Designs did this knowing that it would enable South Designs to conceal its infringement of Plaintiff's copyrighted work.

34. Plaintiff has suffered damages for each page of the Jungin Residence work that South Designs used the floorplans and labels and dimensions in the margins and intentionally removed and altered Plaintiff's copyright management information.

35. Plaintiff is entitled to statutory damages under 17 U.S.C. § 1203(c)(3)(B).

**PRAYER FOR RELIEF**

Plaintiff respectfully requests this Court enter judgment against Defendants and provide Plaintiff with the following relief:

A. That this Court award all appropriate damages, including actual and nominal damages, for Defendants South Designs and HKC's copyright infringement and Defendant South Designs' removal and alteration of copyright management information;

B. That this Court disgorge Defendants of all ill-gotten gains through its copyright infringement and removal and alteration of copyright management information;

C. That this Court award statutory damages per copyright violation, pursuant to 17 U.S.C. § 1203(c)(3)(B);

D. That this Court award Plaintiff the costs and expenses of this action, including reasonable attorneys' fees and costs, pursuant to 15 U.S.C. §1117(a); 17 U.S.C. 1203(b)(5); and

E. That this Court grant any other relief that it deems equitable and just in the circumstances.

Dated this the 3rd day of November, 2026.

Respectfully submitted,

*/s/Anthony J. Biller*
Anthony J. Biller
NC State Bar No. 24,117
Sophia M. Vouvalis
NC State Bar No. 62,730
Envisage Law
PO Box 30099
Raleigh, NC 27622
Telephone: 919.268.8998
Facsimile: 984.212.5164
Email: ajbiller@envisage.law
Email: svouvalis@envisage.law